THE HONORABLE RICHARD JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATASHA PARKHILL and<br>MATTHEW ANDERSON,<br><br>    Defendants. | No. 2:23-cr-00053-RAJ<br><br>ORDER CONTINUING TRIAL DATE<br>AND PRETRIAL MOTIONS<br>DEADLINE |

THE COURT has considered the unopposed motions of Defendants Natasha Parkhill and Matthew Anderson to continue the trial date now set for April 1, 2024, and the pretrial motions deadline. The Court finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendants the reasonable time necessary for effective preparation due to their need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to their defense, and to consider possible defenses;

   (d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

   (e) the additional time requested between the current trial date of April 1, 2024, and the new trial date is necessary to provide counsel for the defendants the reasonable time necessary to prepare for trial, considering their schedules and all of the facts set forth above.

   IT IS THEREFORE ORDERED that the motions (Dkt. 170, 172) are GRANTED.  The trial date in this matter is continued to July 22, 2024.  All pretrial motions, including motions in limine, shall be filed no later than June 5, 2024.

   IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of July 22, 2024, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

   DATED this 11th day of March, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge